IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

| | | | |
|---|---|---|---|
| IN RE: | Stacy E Hawkins and Karesa A Hawkins | CASE NO: | 4:10-bk-16812 E |
| | | | Chapter 13 |

CHAPTER 13 ORDER WITHDRAWING
TRUSTEE'S OBJECTION TO CLAIM

The court, for cause shown, grants the Trustee's request to withdraw the Trustee's Objection to Claim filed 2/24/2011 regarding the claim of Hsbc Bank Nevada.

Date: 03/01/2011

/s/  AUDREY R. EVANS

Audrey R. Evans
U.S. Bankruptcy Judge

cc:   Mark T. McCarty, Trustee

Doug Lickert
5321 Jfk Blvd Ste A
North Little Rock, AR  72116

Stacy E Hawkins and Karesa A Hawkins
5 Gas Light Square
North Little Rock, AR  72116

Hsbc Bank Nevada
Bass & Associates
3936 E Ft Lowell Ste 200
Tucson, AZ  85712